■ ADIRONDACK SPRING WATER CO., INC., Appellant, v DAIRY-LEA COOPERATIVE INC., et al., Defendants, and NESTLE COMPANY, INC., et al., Respondents.—Two orders of the Supreme Court, Westchester County, both entered February 17, 1984, affirmed, with one bill of costs payable by appellant to the Nestle Company, Inc. for reasons stated by Justice Kelly at Special Term. Plaintiff's time to serve its answers to the sets of interrogatories propounded by respondents is extended until

20 days after service upon it of a copy of the order to be made hereon, with notice of entry. Mangano, J. P., Gibbons, Bracken and O'Connor, JJ., concur.